# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRIAN ISIAH HOLMES, JR., | : | Case No. 2:23-cv-3147 |
| Plaintiff, | : | |
| vs. | : | District Judge Sarah D. Morrison |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Defendant Annette Chambers-Smith's Motion to Stay Response to Motion for Summary Judgment (Doc. #18). Defendant asks that the Court stay the due date for her response to Plaintiff's Motion for Summary Judgment (Doc. #16) until the Court has ruled on Defendant's Motion to Dismiss (Doc. #17).

For good cause shown, Defendant's Motion to Stay Response to Motion for Summary Judgment (Doc. #18) is **GRANTED**. The Court will set a new response deadline, if necessary, after ruling on Defendant's Motion to Dismiss (Doc. #17).

**IT IS SO ORDERED.**


March 20, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge