UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRIAN ISIAH HOLMES, JR.,**

    **Plaintiff,**

  v.

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS,** *et al.***,**

    **Defendants.**

:

:

:

Case No. 2:23-cv-3147
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Peter B. Silvain, Jr.**

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation recommending that ODRC Director Annette Chambers-Smith's Motion to Dismiss be denied. (R&R, ECF No. 25.) The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 25). Accordingly, Director Chambers-Smith's Motion to Dismiss (ECF No. 17) is **DENIED**.

    IT IS SO ORDERED.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**