# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN ISIAH HOLMES, JR.,**

    **Plaintiff,**

  v.

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*,**

    **Defendants.**

:

:

**Case No. 2:23-cv-3147**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Peter B. Silvain, Jr.**

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation recommending that Brian Isiah Holmes, Jr.'s first and second motions for summary judgment be denied as duplicative of his third. (ECF No. 29.) The Magistrate Judge has established a briefing schedule on Mr. Holmes third motion for summary judgment. (*Id.*) The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 29). Accordingly, Mr. Holmes's first and second motions for summary judgment (ECF Nos. 12, 16) are **DENIED**.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**